USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CARLOS ECHEVARRIA and SHERMAINE COMMANDER,

                      Plaintiffs,

              -against-

BROOKLYN BRANDS LLC and FRANCIS GIUSTO,

                      Defendants.

---------------------------------------------------------------------X

1:21-cv-03716-GHW

ORDER

GREGORY H. WOODS, District Judge:

Defendants' May 24, 2021 request for an extension of time to respond to the complaint, Dkt. No. 11, is granted. The deadline for Defendants to answer or otherwise respond to the complaint is extended to June 25, 2021.

    SO ORDERED.

Dated: May 24, 2021
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge